UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                CHRYSTAL IVEY
                        Plaintiff(s),                ORDER OF DISCONTINUANCE

                -against-                            09   Civ. (3923)(FM)

        EUROTECH CONSTRUCTION CORP.                  **ORIGINAL**
                        Defendant(s).
------------------------------------------------------------x

It having been reported to this Court that the above entitled action has been
settled, and the parties and their counsel having consented to the undersigned exercising
jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is
hereby

ORDERED that said action be and hereby is, discontinued with/without prejudice
and with/without costs; provided, however, that within 30 days of the date of this order, counsel
for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in
which event the action will be restored.
DATED: New York, New York
        May 12th, 2010

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

_____         _____
Attorney(s) for Plaintiff               Attorney(s) for Defendant


Agreed and Consented to:                Agreed and Consented to:
   5.11.10                                 5/1/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/10